NVB 8005 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

DESERT LAND, LLC

Debtor(s)

BK−18−12454−gs
CHAPTER 11

Appeal Reference Number:   20−12

DESERT LAND LOAN ACQUISITION, LLC; HOWARD BULLOCH; CRISTI BULLOCH SOLELY IN HER CAPACITY AS TRUSTEE OF THE OF THE CRISTI BULLOCH SEPARATE PROPERTY TRUST DATED 03/28/2003 et al

Appellant(s)

NOTICE OF REFERRAL
OF APPEAL TO
UNITED STATES DISTRICT COURT

vs

BRIAN D SHAPIRO, TRUSTEE OF SKYVUE LAS VEGAS, LLC BANKRUPTCY ESTATE; SHOTGUN CREEK LAS VEGAS, LLC; et al; THE SHER GROUP; CITATION FINANCIAL, LLC; COMPASS INVESTMENTS, LLC; KAVITA GUPTA, TRUSTEE; BRADLEY J BUSBIN AS TRUSTEE OF THE GONZALEZ CHARITABLE REMA

Appellee(s)

To: All Parties in Appeal
U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by Candace Carlyon, Esq. for DLLA Partners with the Clerk of the Bankruptcy Court on 5/7/20.

The above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 5/11/20

*Mary A Schott*

Mary A. Schott
Clerk of Court