CARLYON CICA CHTD
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:     (702) 685-4444
ccarlyon@carlyoncica.com
dcica@carlyoncica.com
tosteen@carlyoncica.com
*Attorneys for the DLLA Parties*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DESERT LAND LOAN ACQUISITION, LLC; HOWARD BULLOCH; CRISTI BULLOCH SOLELY IN HER CAPACITY AS TRUSTEE OF THE OF THE CRISTI BULLOCH SEPARATE PROPERTY TRUST DATED 03/28/2003 et al<br><br>Appellant(s)<br><br>vs.<br><br>BRIAN D SHAPIRO, TRUSTEE OF SKYVUE LAS VEGAS, LLC BANKRUPTCY ESTATE; SHOTGUN CREEK LAS VEGAS, LLC; et al; THE SHER GROUP; CITATION FINANCIAL, LLC; COMPASS INVESTMENTS, LLC; KAVITA GUPTA, TRUSTEE; BRADLEY J BUSBIN AS TRUSTEE et al<br>Appellee(s) | Case No. 20-cv-00844-JCM<br>Appeal Reference No. 20-12<br><br><br>**MOTION FOR VOLUNTARY DIMISSAL OF APPEAL PURSUANT TO FED. R. BANKR. P. 8023** |

Desert Land Loan Acquisition, LLC; Howard Bulloch; Cristi Bulloch, Solely in her Capacity as Trustee of The Cristi Bulloch Separate Property Trust Dated 03/28/2003; The Bulloch Heritage Trust; The Howard and Cristi Bulloch Family Trust Dated 9/14/1995; The Howard Bulloch Separate Property Trust Dated 03/28/2003 (collectively "Appellants") hereby file this Motion for Voluntary Dismissal of Appeal Pursuant to Fed. R. Bankr. P. 8023, without prejudice, with each side to bear its own attorneys' fees and costs (the "Motion").

Pursuant to Federal Rule of Bankruptcy Procedure[1] 8023, "an appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the district court or BAP." Here, the Appellants' seek to voluntarily dismiss the instant appeal, with each side to bear its own attorneys' fees and costs.  No briefs have been prepared or submitted for this appeal.  Rather than incur the time and expense associated with obtaining all necessary signatures on a stipulation, Appellants file this Motion which will be noticed to all necessary parties.

A proposed form of order granting this Motion is attached hereto as **Exhibit A**.

## CONCLUSION

For the reasons stated above, it is respectfully requested that the Court grant the Motion and enter the proposed Order attached hereto as **Exhibit A** and issue such other and further relief as the Court may deem just and proper.

**CARLYON CICA, CHTD.**

By: /s/ *Tracy M. O'Steen*
CANDACE C. CARLYON, ESQ.
DAWN M. CICA, ESQ.
TRACY M. O'STEEN, ESQ.
265 E. Warm Springs Road, Suite #107
Las Vegas, NV 89119
*Attorneys for the DLLA Parties*

---

[1] Pursuant to the Local Rules of Bankruptcy Practice for the United States Bankruptcy Court for the District of Nevada, Rule 8018, "[p]ractice in bankruptcy appeals that may come before the district court will be governed by Part VIII of the Federal Rules of Bankruptcy Procedure, except in Rules that the district court adopts."  Appellants are unaware of a local rule that would make Fed. R. Bankr. P. 8023 inapplicable.

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5, I certify that I am an employee of Carlyon Cica Chtd, and that on June 24, 2020, I served **MOTION FOR VOLUNTARY DIMISSAL OF APPEAL PURSUANT TO FED. R. BANKR. P. 8023** via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk.

                                                /s/ *Cristina Robertson*
                                                An employee of Carlyon Cica Chtd